Order entered April 29, 2013



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00582-CV

**TEXAS WEST END, INC, Appellant**

**V.**

**CITY OF DALLAS AND TEXAS HISTORICAL COMMISSION, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 06-04868-H**

## ORDER

Before us is the City of Dallas's April 26, 2013 unopposed motion to extend time to file a motion for rehearing. We hereby **ORDER** that the City's motion for rehearing in this cause is due to be filed on or before May 15, 2013.

/s/     MARTIN RICHTER
        JUSTICE